PAUL L. REIN, Esq. (SBN 43053)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/823-4787

JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICE OF JULIE OSTIL
1989 Santa Rita Road, No. A-405
Pleasanton, CA 94566
Telephone: 925/265-8257
Facsimile: 925/999-9465

Attorneys for Plaintiff
CHRISTINA ADAMS

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA ADAMS,

    Plaintiff,

v.

ERIK'S DELICAFÉ, INC.; GEORGE OW, JR., DAVID L. OW, AND TERRY L. OW, AS INDIVIDUALS, AND AS TRUSTEES OF THE GRANDCHILDREN'S TRUST; KING'S PLAZA SHOPPING CENTER, A CALIFORNIA PARTNERSHIP; AND DOES 1-10, INCLUSIVE,

    Defendants.

CASE NO. 08-03796
Civil Rights

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 7, 2008

LAW OFFICES OF PAUL L. REIN

By PAUL L. REIN
Attorney for Plaintiff
CHRISTINA ADAMS

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS   -1-   S:\SLR\ERIK'S DELI\PLEADINGS\CERT INT PARTIES.PL.wpd