AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

[Clear Form]

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA ADAMS )
)
)
)
Plaintiff )
v. ) Civil Action No. C08-03796 RS
Erik's Delicafé, Inc.; George Ow, Jr., David L. )
Ow, and Terry L. Ow, as Individuals, and as )
Trustees of the Grandchildren's Trust; King's )
Plaza Shopping Center, a California Partnership. )
Defendant )

ADR

**Summons in a Civil Action**

To: Erik's Delicafé, Inc, et al.

*(Defendant's name)*

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PAUL L. REIN, Esq. (SBN 43053)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/823-4787

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: AUG - 8 2008

JESSIE MOSLEY
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*