PAUL L. REIN, Esq. (SBN 43053)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/823-4787

JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICE OF JULIE OSTIL
1989 Santa Rita Road, No. A-405
Pleasanton, CA 94566
Telephone: 925/265-8257
Facsimile: 925/999-9465

Attorneys for Plaintiff
CHRISTINA ADAMS

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ADAMS,<br><br>   Plaintiff,<br><br>v.<br><br>ERIK'S DELICAFÉ, INC.; GEORGE OW, JR., DAVID L. OW, AND TERRY L. OW, AS INDIVIDUALS, AND AS TRUSTEES OF THE GRANDCHILDREN'S TRUST; KING'S PLAZA SHOPPING CENTER, A CALIFORNIA PARTNERSHIP; AND DOES 1-10, INCLUSIVE,<br><br>   Defendants.<br>_____/ | CASE NO. 08-03796 RS<br><u>Civil Rights</u><br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned, on behalf of plaintiff Christina Adams, hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit Court of Appeals.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT TO JURISDICTION BY U.S. MAGISTRATE JUDGE
CASE NO. C08-03796 RS         -1-         S:\SLR\ERIK'S DELI\PLEADINGS\CONSENT TO MAG JUDGE.PL.wpd

1  Dated: August 25, 2008          LAW OFFICES OF PAUL L. REIN
                                   LAW OFFICE OF JULIE OSTIL

                                   /s/ Paul L. Rein
                                   _____
                                   By PAUL L. REIN
                                   Attorneys for Plaintiff
                                   CHRISTINA ADAMS

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT TO JURISDICTION BY U.S. MAGISTRATE JUDGE
CASE NO. C08-03796 RS    -2-    S:\SLR\ERIK'S DELI\PLEADINGS\CONSENT TO MAG JUDGE.PL.wpd