1   PAUL L. REIN, Esq. (State Bar No. 43053)
    CELIA McGUINNESS (State Bar No. 159420)
2   LAW OFFICES OF PAUL L. REIN
    200 Lakeside Dr., Suite A
3   Oakland, CA 94612
    510/832-5001 phone
4   510/832-4787 fax

5
    JULIE OSTIL, Esq. (State Bar No. 215202)
6   LAW OFFICE OF JULIE OSTIL
    1989 Santa Rita Road, No. A-405
7   Pleasanton, CA 94566
    925/265-8257 phone
8   925/999-9465 fax

9   Attorneys for Plaintiff
    CHRISTINA ADAMS
10

11              IN THE UNITED STATES DISTRICT COURT
        IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13  CHRISTINA ADAMS,                          CASE NO. C08-03796 RS
                                              Civil Rights
14          Plaintiff,

15  v.                                        **CERTIFICATION OF
                                              INTERESTED ENTITIES
16  ERIK'S DELICAFÉ, INC.; GEORGE OW,         OR PERSONS**
    JR., DAVID L. OW, and TERRY L. OW, as
17  individuals, and as Trustees of THE
    GRANDCHILDREN'S TRUST; KING'S
18  PLAZA SHOPPING CENTER, a California
    partnership; and DOES 1-10, inclusive,
19
            Defendants.
20  _____/

21          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this

22  date, other than the named parties, there is no such interest to report.

23

24  Dated: August 26, 2008              LAW OFFICES OF PAUL L. REIN
                                        LAW OFFICE OF JULIE OSTIL
25

26

27                                      By PAUL L. REIN
                                        Attorneys for Plaintiff
28                                      CHRISTINA ADAMS

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. 08-03796 RS                    -1-

S:\SLR\ERIK'S DELI\PLEADINGS\CERT INT PARTIES.PL.wpd