1

2

3                                                    *E-FILED 10/31/08*

4

5

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

11

12   CHRISTINA ADAMS,                      CASE NO. C08-03796 RS

13              Plaintiff,                 **[PROPOSED] ORDER CONTINUING
                                           DEADLINE FOR JOINT INSPECTION
              vs.                          OF PREMISES**

14   ERIK'S DELICAFÉ, INC.; GEORGE OW,     Case Assigned to Hon. Richard Seeborg
15   JR., DAVID L. OW, AND TERRY L. OW,
     AS INDIVIDUALS, AND AS TRUSTEES       Case Filed:            August 8, 2008
16   OF THE GRANDCHILDREN'S TRUST;         Trial Date:            None set
     KING'S PLAZA SHOPPING CENTER, A
17   CALIFORNIA PARTNERSHIP; AND DOES
     1-10, INCLUSIVE,
18
              Defendants.
19

20

21       Plaintiff Christina Adams and Defendants Erik's DeliCafé, Inc., George Ow, Jr., David L.

22   Ow, and Terry L. Ow, as Individuals, and as Trustees of the Grandchildren's Trust submitted to

23   this Court a Stipulation to Continue the Deadline for Joint Inspection of Premises.

24       PURSUANT TO THE STIPULATION, IT IS SO ORDERED that the deadline on which

25   the joint inspection must be completed be extended by 60 days.

26   / / /

27   / / /

28   / / /

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999
                                            1                              C O8-01774 RS
              ORDER CONTINUING DEADLINE FOR JOINT INSPECTION OF PREMISES

1  DATED: ____October 31____, 2008

2

3  _____

4  RICHARD SEEBORG
   United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28