*E-FILED 1/13/09*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA ADAMS,<br><br>   Plaintiff,<br><br>vs.<br><br>ERIK'S DELICAFÉ, INC.; GEORGE OW, JR., DAVID L. OW, AND TERRY L. OW, AS INDIVIDUALS, AND AS TRUSTEES OF THE GRANDCHILDREN'S TRUST; KING'S PLAZA SHOPPING CENTER, A CALIFORNIA PARTNERSHIP; AND DOES 1-10, INCLUSIVE,<br><br>   Defendants. | CASE NO. C08-03796 RS<br><br>[~~PROPOSED~~] ORDER CONTINUING DEADLINE FOR JOINT INSPECTION OF PREMISES<br><br>Case Assigned to Hon. Richard Seeborg<br><br>Case Filed:     August 8, 2008<br>Trial Date:      None set |

Plaintiff Christina Adams and Defendants Erik's DeliCafé, Inc., George Ow, Jr., David L. Ow, and Terry L. Ow, as Individuals, and as Trustees of the Grandchildren's Trust submitted to this Court a Stipulation to Continue the Deadline for Joint Inspection of Premises.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that the deadline on which the joint inspection must be completed be extended by 90 days, from January 16, 2009 to April 16, 2009.

/ / /

/ / /

/ / /

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

1                                                                    C O8-01774 RS
ORDER CONTINUING DEADLINE FOR JOINT INSPECTION OF PREMISES

1 DATED: __January 13__, 2009

_/s/ Richard Seeborg_
RICHARD SEEBORG
United States Magistrate Judge

Baskin & Grant
730 Mission Street
Santa Cruz, CA 95060
(831) 425-8999

2                                                                 C O8-01774 RS
ORDER CONTINUING DEADLINE FOR JOINT INSPECTION OF PREMISES